## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

CLEVELAND LOFTON,                    :        CIVIL NO. 3:14-CV-1075
                                     :
                    Petitioner       :
                                     :        (Judge Munley)
            v.                       :
                                     :
COMMONWEALTH COURT OF                :
PENNSYLVANIA JUDGES PER              :
CURIAM, PENNSYLVANIA BOARD :
OF PROBATION AND PAROLE, PA :
STATE ATTORNEY GENERAL,              :
                                     :
                    Respondents:

::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

### ORDER

AND NOW, to wit, this ﾌﾟ day of November 2014, upon consideration of the petition

for writ of habeas corpus (Doc. 1) and for the reasons stated in the court's memorandum of

this date, it is hereby ORDERED that:

1.    The petition for writ of habeas corpus (Doc. 1) is DENIED.

2.    The motion (Doc. 17) to amend petition for writ of habeas corpus is DENIED.

3.    There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

4.    The Clerk of Court is directed to CLOSE this case.

BY THE COURT:

JUDGE JAMES M. MUNLEY
United States District Court